IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ASHLEIGH HARRISON                                                           PLAINTIFF

v.                                    No. 3:16-cv-241-DPM

WEBB, Officer, Craighead County Police; and
JAMIE CLARK, Bail Bondsman, Gulley Bail Bonds          DEFENDANTS

### ORDER

1. Harrison's application to proceed *in forma pauperis* is incomplete. Harrison didn't sign the application; and it's missing the second page listing her assets. The application, № 1, is therefore denied without prejudice. If Harrison wants to proceed with this lawsuit, then she must file a complete application by 19 November 2016.

2. Harrison's complaint, № 2, is also incomplete; page two is missing. Harrison must therefore file an amended complaint by 19 November 2016 too.

3. If Harrison fails to file a complete application to proceed *in forma pauperis* and an amended complaint by 19 November 2016, the Court will dismiss her complaint without prejudice. LOCAL RULE 5.5(c)(2).

4. The Court directs the Clerk to send Harrison another *in forma pauperis* application and § 1983 complaint form with a copy of this Order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 October 2016