IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ASHLEIGH HARRISON                                                    PLAINTIFF

v.                              No. 3:16-cv-241-DPM

WEBB, Officer, Craighead County Police; and
JAMIE CLARK, Bail Bondsman, Gulley Bail Bonds         DEFENDANTS

ORDER

Harrison hasn't filed a new application to proceed *in forma pauperis* or an amended complaint; and the time to do so has passed. № 4. The complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2016