IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ASHLEIGH HARRISON                                                                   PLAINTIFF

v.                               No. 3:16-cv-241-DPM

WEBB, Officer, Craighead County Police; and
JAMIE CLARK, Bail Bondsman, Gulley Bail Bonds         DEFENDANTS

JUDGMENT

Harrison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2016